**DISMISS; and Opinion Filed November 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00791-CV

### BILL MCINTYRE, Appellant

### V.

### ELY EDWARDS AND WILLIE RUTH EDWARDS, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03032**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

Although given more than an additional ninety days to pay the appellate filing fee and provide written verification he has paid or made arrangements to pay for the clerk's record, appellant has done neither. In our order extending the time to pay the filing fee and provide the requested verification, we cautioned appellant that failure to comply would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c). Because appellant has failed to comply, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

/Ada Brown/
ADA BROWN
JUSTICE

150791F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BILL MCINTYRE, Appellant

No. 05-15-00791-CV        V.

ELY EDWARDS AND WILLIE RUTH
EDWARDS, Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-03032.
Opinion delivered by Justice Brown. Justices
Lang-Miers and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees Ely Edwards and Willie Ruth Edwards recover their costs, if any, of this appeal from appellant Bill McIntyre.

Judgment entered this 9th day of November, 2015.

–2–